01-15-00561-CV



# CHRIS DANIEL
# HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 8:56:50 AM
CHRISTOPHER A. PRINE
Clerk

DATE 9/3/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

TO:     1ST COURT OF APPEALS

From:   **Deputy Clerk: MICHELLE LOPEZ**
        **Chris Daniel, District Clerk**
        **Harris County, T E X A S**

**CAUSE:**   2014-35332a

**VOLUME** _____   **PAGE** _____   **OR**   **IMAGE #** 66687827

**DUE** 10/26/2015   **ATTORNEY** pro se

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 8/19/2015

**MOTION FOR NEW TRIAL DATE FILED** N/A

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 8/31/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 60

**FILE ORDERED:   YES** ☐ **NO** ☒   **IMAGED FILED:   YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By:  /s/MICHELLE LOPEZ
       **MICHELLE LOPEZ, Deputy**

**BC     NOTICE OF APPEAL FILED**
**BG     NOTICE OF APPEAL FILED – GOVERNMENT**
**C      JUDGMENT BEING APPEALED**
**D -    ACCELERATED APPEAL**
**OA     NO CLERK'S RECORD REQUEST FILED**
**O      CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL**)
**NA     AMENDED NOTICE OF APPEAL**

## CAUSE NO. 2014 – 35232A

| | | |
|---|---|---|
| CECILIA CLINKSCALE,<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| VS. | §<br>§<br>§ | HARRIS COUNTY, TEXAS |
| PAUL SCOTT, MGA INSURANCE<br>COMPANY, INCORPORATED<br>("GAINSCO"), AND GAINSCO AUTO<br>INSURANCE AGENCY, INCORPORATED<br>Defendant(s). | §<br>§<br>§<br>§<br>§<br>§ | 164ᵗʰ JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to Tex. R. App. P. 25 .1 (a)-(e), I, Cecilia Clinkscale, Plaintiff /Appellant in the above captioned civil action, wishes to Appeal from the judgment entered and signed herein on Wednesday, August 19, 2015, 2015, by The Honorable Alexandria Smoots-Hogan, Judge, either to the First Court of Appeals or to the Fourteenth Court of Appeals, Harris County, Texas. *See* Exhibits 1 and 2.

Respectfully submitted,

CECILIA CLINKSCALE
Plaintiff/Appellant,
In Propria Persona

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone: (215) 828-4516
Facsimile: (877) 669-1745
Email: cclinkscale@gmail.com

# CERTIFICATE OF SERVICE

Pursuant to Tex. R. Civ. P. 21, 21a, I, Cecilia Clinkscale, Plaintiff, do hereby certify that on this 31st day of August 2015, a true and correct copy of the attached and foregoing *Notice Of Appeal* was served upon the recipient listed below in the following manner(s):

Mr. Christopher A. Prine,
Esquire,
Clerk of the Court,
Court of Appeals,
First District of Texas,
301 Fannin Street,
Room 208,
Houston, Texas 77002-2066

Service: United States Postal Service, first-class mail.

The Honorable Alexandria Smoots-Hogan,
Judge,
164th District (Civil) Court,
Harris County Civil Courthouse,
201 Caroline Street,
12th Floor,
Houston, Texas 77002

Service: Tex.gov e-filing and United States Postal Service, first-class mail.

Mr. Chris Daniel,
Esquire,
Harris County District Clerk,
Civil Bureau,
Civil Intake Department,
201 Caroline Street,
Suite 420,
Houston, Texas 77002

Service: Tex.gov e-filing United States Postal Service, first-class mail.

Mr. Wes Johnson,
Counsel For Defendants,
Cooper & Scully,
Founders Square,
900 Jackson Street,
Suite 100,
Dallas, Texas 75202

Service: United States Postal Service, first-class mail.

Ms. Gina A. Lucero,
Counsel for Defendant Paul Scott,
Lucero | Wollam, P.L.L.C.,
1776 Yorktown Street,
Suite 100,
Houston, Texas 77056

Service: United States Postal Service, first-class mail.

_____ 8/31/2015

CECILIA CLINKSCALE

Plaintiff,
In Propria Persona

Dated: ___8|31|2015___

EXHIBIT 1

7/17/2015 8:57:29 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 6108087
By: WILLIAMS, CHANDA D
Filed: 7/17/2015 8:57:29 AM

CAUSE NO. 2014-35232A                                          Pgs-1

|  |  |  | COSTX |
|---|---|---|---|
| CECLIA CLINKSCALE | § | IN THE DISTRICT COURT OF | CONSO |
|  | § |  |  |
| V. | § | HARRIS COUNTY, TEXAS |  |
|  | § |  |  |
| PAUL SCOTT | § | 164TH JUDICIAL DISTRICT |  |

## JUDGMENT AND ORDER SUSTAINING CONTEST TO PAUPER'S OATH

BE IT REMEMBERED that on this day came on to be heard the Contest to the Affidavit of Inability To Give Cost Bond of Affiant, in the above numbered and entitled cause. The Court, after considering the evidence and the argument of counsel, finds that Affiant CECLIA CLINKSCALE is able to pay all filing fees, or to give security therefore, that the affidavit was not filed in good faith and that such contest should be and is hereby sustained. Affiant was notified by certified mail return receipt requested and regular mail.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Contest to the Affidavit of Affiant CECLIA CLINKSCALE to proceed in this matter without payment of the costs of appeal or any part thereof, or to give security therefore is SUSTAINED.

IT IS FURTHER ORDERED that the District Clerk shall not proceed or process any further actions or settings on this case unless and until the Affiant CECLIA CLINKSCALE pays and/or deposits in full all costs of this appeal.

SIGNED this _____ day of _____.

Signed:
8/19/2015

JUDGE PRESIDING

Harrison Gregg, Jr.
Senior Assistant County Attorney
SB: 08429500

EXHIBIT 2

7/17/2015 8:57:29 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 6108087
By: WILLIAMS, CHANDA D
Filed: 7/17/2015 8:57:29 AM

Pgs-1

CONSO

## CAUSE NO. 2014-35232A

| | | |
|---|---|---|
| CECLIA CLINKSCALE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PAUL SCOTT | § | 164TH JUDICIAL DISTRICT |

## ORDER TO PAY COSTS

BE IT REMEMBERED that on this day came on to be heard the Contest to the Affidavit of Inability to Give Cost Bond of Affiant, in the above numbered and entitled cause. The Court, after calling the above entitled and styled cause, finds that Affiant (did) or (did not) appear therefore is ordered to pay the costs of appeal or any part thereof, or to give security therefore, that the affidavit CECLIA CLINKSCALE was not filed in good faith and that such contest should be and is hereby sustained.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Contest to the Affidavit of Affiant CECLIA CLINKSCALE to proceed in this matter without payment of the costs of appeal or any part thereof, or to give security therefore is SUSTAINED.

SIGNED this _____ day of _____.

Signed:
8/19/2015

_____
JUDGE PRESIDING

7/17/2015 8:57:29 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 6108087
By: WILLIAMS, CHANDA D
Filed: 7/17/2015 8:57:29 AM

Pgs-1

CONSO

## CAUSE NO. 2014-35232A

| | | |
|---|---|---|
| **CECLIA CLINKSCALE** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **V.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **PAUL SCOTT** | § | **164TH JUDICIAL DISTRICT** |

### ORDER TO PAY COSTS

BE IT REMEMBERED that on this day came on to be heard the Contest to the Affidavit of Inability to Give Cost Bond of Affiant, in the above numbered and entitled cause. The Court, after calling the above entitled and styled cause, finds that Affiant (did) or (did not) appear therefore is ordered to pay the costs of appeal or any part thereof, or to give security therefore, that the affidavit CECLIA CLINKSCALE was not filed in good faith and that such contest should be and is hereby sustained.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Contest to the Affidavit of Affiant CECLIA CLINKSCALE to proceed in this matter without payment of the costs of appeal or any part thereof, or to give security therefore is SUSTAINED.

SIGNED this _____ day of _____.

Signed:
8/19/2015

_____
JUDGE PRESIDING

7/17/2015 8:57:29 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 6108087
By: WILLIAMS, CHANDA D
Filed: 7/17/2015 8:57:29 AM

CAUSE NO. 2014-35232A

Pgs-1

COSTX
CONSO

| | | |
|---|---|---|
| CECLIA CLINKSCALE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PAUL SCOTT | § | 164TH JUDICIAL DISTRICT |

## JUDGMENT AND ORDER SUSTAINING CONTEST TO PAUPER'S OATH

BE IT REMEMBERED that on this day came on to be heard the Contest to the Affidavit of Inability To Give Cost Bond of Affiant, in the above numbered and entitled cause. The Court, after considering the evidence and the argument of counsel, finds that Affiant CECLIA CLINKSCALE is able to pay all filing fees, or to give security therefore, that the affidavit was not filed in good faith and that such contest should be and is hereby sustained. Affiant was notified by certified mail return receipt requested and regular mail.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Contest to the Affidavit of Affiant CECLIA CLINKSCALE to proceed in this matter without payment of the costs of appeal or any part thereof, or to give security therefore is SUSTAINED.

IT IS FURTHER ORDERED that the District Clerk shall not proceed or process any further actions or settings on this case unless and until the Affiant CECLIA CLINKSCALE pays and/or deposits in full all costs of this appeal.

SIGNED this _____ day of _____.

Signed:
8/19/2015

_____
JUDGE PRESIDING

Harrison Gregg, Jr.
Senior Assistant County Attorney
SB: 08429500

7/29/2015 11:36:44 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 6283771
By: KOSSIE, KENYA
Filed: 7/29/2015 11:36:44 PM

Pgs-1

MNTRY

CAUSE NO. 2014 – 35232A

| | | |
|---|---|---|
| CECILIA CLINKSCALE,<br>Plaintiff, | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| PAUL SCOTT, MGA INSURANCE | § | 164th JUDICIAL DISTRICT |
| COMPANY, INCORPORATED | § | |
| ("GAINSCO"), AND GAINSCO AUTO | § | |
| INSURANCE AGENCY, INCORPORATED, | § | |
| Defendant(s). | § | |
| | § | |

## ORDER

On this _____ day of _____ 2015, came upon for consideration *Third Amended Motion For New Trial*, and having reviewed this *Motion* finds that it is  without merit and is DENIED .

It is so **ORDERED**.

Signed this _____ day of _____, 20 ____.

Signed:
8/24/2015

_____
THE HONORABLE ALEXANDRIA
SMOOTS-HOGAN,
JUDGE

7

```
JUC8H (NR4#)     JUSTICE INFORMATION MANAGEMENT SYSTEM     SEP 03, 2015(C1)
INT6510                      CIVIL CASE INTAKE             OPT: _____  -  INT
                          GENERAL PARTY INQUIRY            PAGE:    1 -    1

CASE NUM: 201435232A_ PJN> __  TRANS NUM: _____  CURRENT COURT: 164 PUB? _
CASE TYPE: PERSONAL INJURY-AUTO            CASE STATUS: CASE ON APPEAL
STYLE: CLINKSCALE, CECILIA                VS SCOTT, PAUL
=============================================================================
                         **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
  NUM   NUMBER                                            STAT
_     00004-0001 DEF 24041204 GAINSCO AUTO INSURANCE AGENCY     JOHNSON, WESL
_     00003-0001 DEF 24041204 MGA INSURANCE COMPANY INCORPOR    JOHNSON, WESL
_     00002-0001 DEF          SCOTT, PAUL
_     00001-0001 PLT          CLINKSCALE, CECILIA              PRO-SE




==> (4) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR. 10=REFRESH   11=HELP
```